**No. 43354.**—Protests 5128–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397), *United States* v. *Smith* (12 id. 384, T. D. 40544), G. A. 9111 (T. D. 41468), and *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), embroidered wearing apparel and articles, embroidered allovers, and Normandy lace were held dutiable at 75 percent under paragraph 1430. Straw hats trimmed with lace were held dutiable at 60 percent under paragraph 1406.

**No. 43355.**—Protest 960742–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. Baby shoes in chief value of wool similar to those involved in Abstract 41714 were held dutiable at 35 percent under paragraph 1530 (e) as claimed.

**No. 43356.**—Protests 826277–G, etc., of Langfelder, Homma & Hayward, Inc., et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE FIRST DIVISION, MARCH 12, 1940

**No. 43357.**—Protests 977529–G, etc., of Dartmouth Co-Operative Society et al. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 12, 1940

**No. 43358.**—Protests 943762–G, etc., of Meakins McKinnon, Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those the subject of *United States* v. *Penn.* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.